UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARIEL SUAREZ ROSQUEDA,

     Petitioner,

    v.                         Case No.:  2:26-cv-01745-SPC-KRH

WARDEN, FLORIDA SOFT SIDE
SOUTH *et al.*,

     Respondents,

_____/

## **OPINION AND ORDER**

Before the Court are petitioner Ariel Suarez Rosqueda's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Suarez Rosqueda is a native of Cuba who was paroled into the United States on December 5, 2005.  On July 11, 2023, he was arrested on multiple charges, including grand theft and burglary.  An immigration judge ordered Suarez Rosqueda removed to Cuba on February 15, 2024.  Immigration and Customs Enforcement ("ICE") released him under an order of supervision on February 26, 2024.

On December 29, 2025, local law enforcement arrested Suarez Rosqueda for larceny.  On January 4, 2026, ICE took custody of Suarez Rosqueda, notified him it revoked his release to enforce the removal order and because he violated the terms of release, and conducted an informal interview.  Suarez Rosqueda is currently detained at Alligator Alcatraz.  He argues his detention is unlawful

because ICE cannot remove him in the reasonably foreseeable future and failed to follow proper procedures when revoking his release.

Even assuming there is no significant likelihood of removal in the reasonably foreseeable future, Suarez Rosqueda's current detention is lawful. 8 C.F.R. § 241.13(i) allows ICE to revoke release when a noncitizen violates a condition of release.  Suarez Rosqueda does not dispute that his arrest for larceny violated the terms of his order of supervision.  ICE complied with § 241.13(i) by providing Suarez Rosqueda written notice of the reasons for revocation and an opportunity to address those reasons in an informal interview.  Suarez Rosqueda "may be continued in detention for an additional six months in order to effect [his] removal, if possible, and to effect the conditions under which [he] had been released."  8 C.F.R. § 241.13(i)(1).  After that six-month period, Suarez Rosqueda may request review of his detention by the HQPDU.  *See* 8 C.F.R. § 241.13(j).

It appears ICE has thus far complied with the applicable regulation and afforded Suarez Rosqueda the process he is due.  His detention is lawful.

Accordingly, it is hereby

**ORDERED:**

Ariel Suarez Rosqueda's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record